# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGIONS BANK** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-3560-JCZ-SS** |
| **HOUMA USM, LLC, et al** | |

## O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have not filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the motion of Regions Bank ("Regions") to establish amount of attorneys' fees, costs and expenses due Regions (Rec. doc. 45) is GRANTED and that there be judgment in favor of Regions and against Houma USM, LLC in the amount of $60,583.46.

October 6, 2010

UNITED STATES DISTRICT JUDGE